UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD LEE BATES, JR.,

               Petitioner,

-against-

NEW YORK PAROLE, et al.,

               Respondents.

20-CV-6818 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

      By order dated October 23, 2020, the Court granted Petitioner leave to file, within sixty days, an amended petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. The order was sent to Petitioner's address of record at Auburn Correctional Facility ("Auburn"), as well as a Tulsa, Oklahoma address that Petitioner included in the petition. On November 4, 2020, the order addressed to Auburn was returned to the Court with a notation on the envelope indicating that Petitioner had been released from the facility and that the United States Postal Service was unable to forward the order.[1] The copy of the order mailed to the Tulsa, Oklahoma address has not been returned to the Court.

      Because Petitioner has not complied with the Court's order, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise, the Court denies Petitioner's petition for a writ of *habeas corpus* without prejudice to Petitioner's refiling it within sixty days of the date of this order.

---

[1] Records maintained by the New York State Department of Corrections and Community Supervision confirm that Petitioner has been released on parole. *See* http://nysdoccslookup.doccs.ny.gov/.

2

      The Clerk of Court is directed to mail a copy of this order to Petitioner at: 7237 S. 87th East Pl., Apt. 106, Tulsa, Oklahoma 74133, and note service on the docket.

SO ORDERED.

Dated:   January 28, 2021
         New York, New York

                                          *Louis L. Stanton*
                                          LOUIS L. STANTON
                                               U.S.D.J.