UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD LEE BATES, JR.,

                Petitioner,

-against-

NEW YORK PAROLE, et al.,

                Respondents.

20-CV-6818 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued January 28, 2021, dismissing the petition,

    IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice to Petitioner's refiling it within 60 days of the date of this judgement.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner at: 7237 S. 87th East Pl., Apt. 106, Tulsa, Oklahoma 74133, and note service on the docket.

SO ORDERED.

Dated:    January 28, 2021
             New York, New York

                                        *Louis L. Stanton*
                                        LOUIS L. STANTON
                                              U.S.D.J.